NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.446.9401
*Attorney for Defendant ESTtech Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOHSE INC., a Nevada Corporation.<br><br>Plaintiff,<br><br>vs.<br><br>ESTTECH INC, a Washington Corporation<br><br>Defendant. | Case No.: 2:22-cv-00618-GMN-DJA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT ESTTECH TO FILE OPPOSITIONS.**<br><br>**[FIRST REQUEST]** |

/ / /

/ / /

/ / /

Plaintiff FOHSE Inc. ("Fohse" or "Plaintiff") and Defendant ESTtech Inc ("ESTtech" or "Defendant") submit this Joint Stipulation to extend the amount of time for Defendant ESTtech to file oppositions to Defendant ESTtech's pending motions. The parties do hereby stipulate to extend all oppositions to pending motions by one (1) week so long as Defendant ESTtech files an amended answer and counterclaim by September 30, 2022 and further so long as Third Party Defendant and Counterclaimant Yuyao Tanghong International Trade Co. Ltd. ("Yuyao") files a motion for intervention also by September 30, 2022.

On April 13, 2022, Plaintiff filed a complaint against Defendant. On August 26, 2022 ESTtech filed an answer and counterclaims against Plaintiff Fohse. Third party Yuyao in the same filing filed a third party complaint. In response to ESTtech's motion, Fohse filed the following motions with the following deadlines for oppositions:

- A) Motion to dismiss [ECF 11], filed 9/16/2022 – opposition deadline 9/30/2022
- B) Answer and Counterclaims [ECF 12], filed 9/16/2022 – Answer Deadline 10/07/2022
- C) Motion for judgment on the pleadings [ECF 13], filed 9/19/2022 – opposition deadline 10/03/2022
- D) Motion to Strike [ECF 15], filed 9/16/2022 – opposition deadline 10/03/2022

The parties wish to allow ESTtech an opportunity to amend its answer and counterclaims and for Yuyao to intervene in the case as a third party since Yuyao is the owner of patent at issue. ESTtech will file an amended answer and counterclaims by 09/30/2022 which should moot most if not all of the issues presented in the motion to dismiss, the motion for judgment on the pleadings, and the motion to strike. The parties wish to streamline the proceedings and preserve judicial resources and therefore wish to extend ESTtech's time to file oppositions so that Fohse is allowed

time to consider withdrawing its various motions that ESTtech contends will be mooted by ESTtech's and Yuyao's filings.

Accordingly, the Parties Stipulate as follows:

1) Defendant ESTtech to file an amended answer and counterclaims on or before September 30, 2022.
2) Third Party Yuyao to file a motion to intervene on or before September 30, 2022.
3) ESTtech's deadline to file oppositions shall be extended by one week as follows:
   a. Motion to dismiss [ECF 11] – new opposition deadline 10/07/2022,
   b. Answer and counterclaims [ECF 12], – new answer deadline 10/14/2022,
   c. Motion for judgment on the pleadings [ECF 13], – new opposition deadline 10/10/2022,
   d. Motion to Strike [ECF 15], – new opposition deadline 10/10/2022

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for extension of time has been made as to the pending motions. Good cause exists because the extension will promote efficiency and judicial economy as the extension will allow Plaintiff Fohse an opportunity to review the new filings and decide as to the mootness of its pending motions and whether to withdraw its pending motions.

| | | |
|---|---|---|
| 1 | DATED: September 30, 2022 | Respectfully submitted, |
| 2 | | BAYRAMOGLU LAW OFFICES LLC |

By: */s/ Nihat Deniz Bayramoglu*
NIHAT DENIZ BAYRAMOGLU (SBN 14030)

Nihat Deniz Bayramoglu
deniz@bayramoglu-legal.com
Jason Eric Pepe *Pro Hac Vice Pending*
jason@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, NV  89014
Telephone:   (702) 462-5973
Facsimile:    (702) 553-3404

*Attorneys for Defendant ESTtech Inc.*

DATED:  September 30, 2022    Respectfully submitted,

WEIDE & MILLER, LTD.

By:    */s/ F. Christopher Austin*
         F. CHRISTOPHER AUSTIN
caustin@weidemiller.com
R. Scott Weide (SBN 5541)
sweide@weidemiller.com
A. Gregory Gibbs (SBN 14368)
ggibbs@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile:  (702) 382-4805

*Attorneys for Plaintiff Fohse Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated this   3   day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September 2022 I electronically filed a true and correct copy of the foregoing Joint Stipulation and [Proposed] Order for Extension of Time for Defendant ESTtech to File Oppositions with the Court using the CM/ECF system and thereby the foregoing document has been served to all counsel of record.

                                        */s/ F. Christopher Austin*
                                        F. Christopher Austin