Chris Yergensen, Esq. (SBN 6831)
cyergensen@blackwadhams.law
10777 West Twain Ave., 3rd Floor
Las Vegas, NV 89135
Tel: 702-869-8801
Fax: 702-869-2669

F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (SBN 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (SBN 14368)
ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: 702-382-4804
Fax: 702-382-4805

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOHSE INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESTTECH INC., a Washington Corporation,<br><br>Defendant. | Case No.:  2:22-cv-00618-GMN-DJA<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS AND TO INTERVENE (ECF 23 & 25)** |

The Parties (herein inclusive of Yayao Tanghong International Trade Co. Ltd) hereby stipulate to the continuation of the hearing on Plaintiff's Renewed Partial Motion for Judgment on the Pleadings Pursuant to Federal Rule of Procedure 12(c) (ECF 25) and Third-Party Yayao Tanghong International Trade Co. Ltd.'s Motion to Intervene (ECF 23) from the current hearing date of July 6, 2023, at 11:30 a.m. to the reported next available hearing date: July 25, 2023, at 11:00 a.m. This is the first request to continue this hearing.

The Parties make this stipulation as an accommodation to Plaintiff's re-engagement of Weide & Miller, Ltd. in this matter, and specifically to accommodate Plaintiff's counsel who committed to other conflicting obligations upon withdrawing as counsel in this matter.  (*See* ECF

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1594

1

44 and 45). This request is not made for the purposes of delay or to prejudice either side.  The

Parties respectfully submit that good faith exists therefore in support of the requested continuation

of the hearing.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order continuing the

Hearing currently set for July 6, 2023, at 11:00 a.m. to July 25, 2023, at 11:00 a.m.

DATED: July 6, 2023.

**BAYRAMOGLU LAW OFFICES LLC**

*/s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu. Esq. (SBN 14030)
deniz@bayramoglu-legal.com
Jason Eric Pepe *admitted pro hac vice*
jason@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tele: 702-462-5973
Fax: 702-553-3404

*Attorneys for Defendant ESTtech Inc. and Third Party, Yayao Tanghong International Trade Co. Ltd.*

**WEIDE & MILLER, LTD**

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (SBN 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (SBN 14368)
ggibbs@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: 702-382-4804
Fax: 702-382-4805

Chris Yergensen, Esq. (SBN 6831)
cyergensen@blackwadhams.law
10777 West Twain Ave., 3rd Floor
Las Vegas, NV 89135
Tel: 702-869-8801
Fax: 702-869-2669

*Attorneys for Plaintiff, FOHSE Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____July 6, 2023_____

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1594

2